**FILED IN**
Court of Appeals

JUN 0 1 2015

Lisa Matz
Clerk, 5th District

IN THE COURT OF APPEALS
FOR THE FIFTH DISTRICT OF TEXAS
DALLAS, TEXAS

NO. 05-14-00824-CR

| | | |
|---|---|---|
| Steven Lee Gordon | § | From the 219th District Court |
| | § | |
| v | § | of Collin County, Texas |
| | § | |
| | § | |
| The State of Texas | § | Trial Case #219-81751-2013 |

### REQUEST FOR FREE TRANSCRIPTS
### FROM THE HEARING OF ORAL ARGUMENTS

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW, STEVEN LEE GORDON, Appellant, in the above-styled and numbered cause, and humbly requests hard-copies of the transcripts from the hearing in which oral arguments for the above numbered case were heard on April 15, 2015, and that they be mailed to him at the address listed at the end of this request.

Appellant was not allowed to attend said hearing, and thus far appellate counsel has only provided a one-sentence summary as to what the arguments included. An appellant should be able to have access to the arguments presented by both appellate counsel as well as the State as these arguments directly affects Appellant's freedom, as well ensures that appellate counsel presented adequate arguments on Appellant's behalf.

Appellant is indigent, as both the trial court and this court have affirmed in their rulings, and Appellant continues to be indigent. As such, Appellant is unable to pay for the copies of the requested transcripts and humbly requests that copies of the transcripts be provided at no cost to him.

Appellant also submits that he is not allowed to receive any kind of electronic media, such as CD's, DVD's, or USB devices, but can only receive hard-copies of the transcripts.

### PRAYER

Appellant prays that this Honorable Court will grant this motion and order the Court Clerk to have the proceedings of the oral aruments hearing transcribed and mailed to Appellant.

Respectfully submitted,

Steven Gordon - Appellant
TDCJ #1934396
Mark W. Stiles Unit
3060 FM 3514
Beaumont, TX  77705

1

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing motion requesting copies of transcripts from the hearing in which oral arguments were heard regarding Appellate Cause No. 05-14-00824-CR was delivered to Andrea Westerfield, lead attorney for the State of Texas, Collin County Criminal District Attorney's Office, 2100 Bloomdale Road, Ste. 100, McKinney, TX 75071, via U.S. Postal Service, postage pre-paid, on May 26, 2015.

Respectfully submitted,

Steven Gordon - Appellant
TDCJ #1934396
Mark W. Stiles Unit
3060 FM 3514
Beaumont, TX  77705

Court Clerk
Fifth District Court of Appeals
600 Commerce Street, Ste. 200
Dallas, TX  75202

May 26, 2015

RE:  Appellate Cause #05-14-00824-CR

Dear Clerk:

Please find enclosed my motion requesting a free copy of the transcripts of the hearing in which oral arguments were presented for my appeal in the above-referenced cause. Please forward this to the appropriate persons.

If you any questions or need further information, please contact me at the address listed below. Thank you very much for your assistance with this.

Respectfully,

Steven Gordon - Appellant
TDCJ #1934396
Mark W. Stiles Unit
3060 FM 3514
Beaumont, TX  77705

Steven Gordon #1934396
Mark W. Stiles Unit
3060 FM 3514
Beaumont, TX  77705

NORTH HOUSTON TX 773

28 MAY 2015 PM 5 L



FOREVER

Court Clerk
Fifth District Court of Appeals
600 Commerce Street, Ste. 200
Dallas, TX  75202

Legal Mail

75202465399